# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANE R. FERRAN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2023 CW 0338

**APRIL 11, 2023**

---

In Re:   Louisiana Department of Public Safety and Corrections,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 704627.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  The district court's April 10, 2023 order
which found defendant is not entitled to a jury trial and
ordered a bench trial of this matter is reversed.  Defendant,
the Louisiana Department of Public Safety and Corrections, is
statutorily exempt from posting any bond whatsoever in any
judicial proceedings arising from activities within the scope of
its duties.   La. R.S. 13:4581; **Sylve v. Kappa Alpha PSI
Fraternity,** 2001-2726 (La. 10/10/01), 803 So.2d 960, 961.
Furthermore, the Department of Public Safety and Corrections
"shall not be required to post any bond, cash deposit, or other
charge whatsoever to obtain a trial by jury."   La. R.S.
13:5105(E); **Sylve,** 803 So.2d at 961.  This matter is remanded to
the trial court with instructions that this matter be tried
before a jury.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT